**UNITED STATES of America,**
**Appellee,**

v.

**Russell Edward EGGLESTON,**
**Appellant.**

No. 01–3658.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 4, 2002.

Filed Jan. 16, 2002.

■■■■■■■■■■■■■■■■

Before BOWMAN, BRIGHT, and
LOKEN, Circuit Judges.

**[UNPUBLISHED]**

PER CURIAM.

Russell Eggleston appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion for relief from the judgment in his criminal case. He had previously sought relief under 28 U.S.C. § 2255. Having carefully reviewed the record, we agree with the district court that Rule 60(b) applies only to civil cases, that Eggleston is again seeking section 2255 relief, and that he did not receive the requisite authorization from this court before filing a second or successive application for a writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3)(A); *Vancleave v. Nor-*

1. The HONORABLE DAVID S. DOTY, United States District Judge for the District of Minnesota.

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

*ris*, 150 F.3d 926, 928–29 (8th Cir.1998). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).